JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-5044 BHS |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL EXHIBITS 1-2 TO DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| MARIA PEGUERO, | |
| Defendant. | |

THIS MATTER having come before the undersigned on the motion of defendant, Maria Peguero, and Assistant Federal Public Defender Jerome Kuh, in that she be permitted to file Exhibits 1-2 to Defendant's Sentencing Memorandum under seal, it is hereby

ORDERED that the defendant shall be permitted to file Exhibits 1-2 to Defendant's Sentencing Memorandum under seal.

DONE this 23 day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jerome Kuh*
Jerome Kuh
Attorney for Maria Peguero

ORDER GRANTING MOTION TO
CONTINUE SENTENCING DATE
(United States v. Peguero, CR14-5044 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710