UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA PEGUERO, <br><br> Defendant. | No. CR14-5044 BHS <br><br> ORDER GRANTING MOTION TO WITHDRAW PREVIOUSLY FILED MOTION FOR RETURN OF PROPERTY |

Based upon a review of the records and files herein and upon the Defendant's Motion to Withdraw its Previously Filed Motion for Return of Property at Dkt. 39, it is hereby

ORDERED that the defendant be permitted to Withdraw the Previously Filed Motion for Return of Property (Dkt. 39).

DONE this 5th day of March, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:
s/ *Jerome Kuh*
Assistant Federal Public Defender

ORDER GRANTING MOTION TO WITHDRAW
PREVIOUSLY FILED MOTION FOR RETURN
OF PROPERTY
(*United States v. Peguero*; CR14-5044 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710