UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA PEGUERO,<br><br>　　　　　　　Defendant. | CASE NO. CR14-5044BHS<br><br>ORDER |

This matter comes before the Court on Defendant Maria Peguero's Motion to Modify Conditions of Supervision. Dkt. 42. The Court has considered the motion, the government's response opposing the motion (Dkt. 43) and the remainder of the file and hereby denies the motion for the reasons stated herein.

On June 23, 2014, Ms. Peguero was sentenced by this court to a term of 12 months plus 1 day imprisonment to be followed by 36 months of supervised release with standard and special conditions, a $400 special assessment and $164,977.18 restitution. One of the special conditions imposed on Ms. Peguero orders her to serve 90 days in the location monitoring program, a condition she now asks the court to terminate.

1  The court sentenced Ms. Peguero to a term of imprisonment below the agreed low-
2  end recommendation of the United States and the United States Probation Office . The
3  inclusion of a period of location monitoring was imposed as part of the court's
4  determination of a sentence that would provide just punishment under 18 U.S.C. § 3553
5  (a)(2)(A).

6  NOW, THEREFORE IT IS HEREBY ORDERED that the motion to modify
7  conditions of supervised release is DENIED.

8  Dated this 11th day of August, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge